Exhibit C

**From:** Stephen Robinson <stephen.h.robinson@att.net>
**Sent:** Wednesday, October 07, 2020 4:46 PM
**To:** Thomas Mazziotti <TMazziotti@hallboothsmith.com>; 'ali' <ali@shrobinson.com>
**Cc:** Spencor Hall <SHall@hallboothsmith.com>
**Subject:** RE: Mondragon Depositions Tomorrow [IWOV-imanage.FID879455]

Tom,

Sorry for the delay. I had hearings for the last couple of days. I spoke with my clients and they are available for a zoom deposition. I understand that you prefer in person. I have not had this situation occur during this pandemic. I am open to your suggestions.

Regarding the dates, Mr. Green is available anytime. However, there have been some staff reduction at Ms. Mondragon's job and she does not have any backup to cover her job until October 26th. Until October 26th, Ms. Mondragon is available on Fridays after 3 pm and on weekends. After October 26, she can sit for the deposition anytime. Please let me know.

Thank you,


Stephen H. Robinson, Esq.
404.527.5157



**THE LAW OFFICES OF STEPHEN H. ROBINSON, LLC.**
**"The Right Choice For Advocacy"**
**4840 Roswell Road, Building A**
**Suite 203**
**Atlanta, Georgia 30342**

CONFIDENTIALITY NOTICE: This e-mail and all attachments transmitted with it may contain legally privileged and confidential information intended SOLELY for the recipients as identified in the "To", "Cc" and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges that may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, or rely on in any way the contents of this email and its attachments. NO DUTIES ARE INTENDED OR CREATED BY THIS COMMUNICATION. All rights of the sender for violations of confidentiality and privileges applicable to this email and any attachments are expressly reserved. If you have received this message in error, please notify the sender immediately by telephone (404.549.3079) or by electronic mail. Thank you.

**From:** Thomas Mazziotti [mailto:TMazziotti@hallboothsmith.com]
**Sent:** Thursday, October 1, 2020 4:23 PM
**To:** stephen.h.robinson <stephen.h.robinson@att.net>; ali <ali@shrobinson.com>
**Cc:** Spencor Hall <SHall@hallboothsmith.com>
**Subject:** RE: Mondragon Depositions Tomorrow [IWOV-imanage.FID879455]

Stephen- I understand your email below, but we need dates for their depositions. I mentioned I am available Monday, Wednesday, Thursday morning at 9, and Friday of next week. Please let me know which date next week works for them. Thanks

Tom

**Thomas J. Mazziotti**

**Hall Booth Smith, P.C.**
191 Peachtree Street, N.E., Suite 2900
Atlanta, GA 30303 - 1775
T: 404.954.5000
D: 404.954.6941  F: 678.539.1558
tmazziotti@hallboothsmith.com  www.hallboothsmith.com

**From:** stephen.h.robinson <stephen.h.robinson@att.net>
**Sent:** Thursday, October 01, 2020 4:13 PM
**To:** Thomas Mazziotti <TMazziotti@hallboothsmith.com>; ali <ali@shrobinson.com>
**Cc:** Spencor Hall <SHall@hallboothsmith.com>
**Subject:** RE: Mondragon Depositions Tomorrow [IWOV-imanage.FID879455]

Tom,

As we discussed in the phone, my clients were under the impression that the deposition would occur via zoom given the COVID issues. I understand your preference for in person as we discussed.Thus, we can't go forward tomorrow. I will get dates from them and discuss different in-person scenarios with them as soon as possible. I left you a voicemail and will call again tomorrow.

Thank you,

Stephen H Robinson


Sent via the Samsung Galaxy Note8, an AT&T 5G Evolution capable smartphone


-------- Original message --------
From: Thomas Mazziotti <TMazziotti@hallboothsmith.com>
Date: 10/1/20 12:30 (GMT-05:00)

Stephen- we have left a VM and Spencor sent an email yesterday. Please confirm that we are having Ms. Mondragon and Mr. Greene's depositions tomorrow at your office, beginning at 10. The court reporter has asked for confirmation.

Thank you.

Tom

**Thomas J. Mazziotti**

**Hall Booth Smith, P.C.**

191 Peachtree Street, N.E., Suite 2900

Atlanta, GA 30303 - 1775

T: 404.954.5000

D: 404.954.6941  F: 678.539.1558

tmazziotti@hallboothsmith.com  www.hallboothsmith.com

Until further notice, many attorneys and support staff in our office will be working remotely. To help us with this process, please refrain from sending written correspondence via mail when possible and instead direct all communications to us via email. If something requires shipment to our office, please notify us via email so that it can be promptly addressed.

CONFIDENTIALITY NOTICE: This e-mail communication, including any attached files, was sent by or on behalf of the firm and may contain material that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. This Communication is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient or the person responsible for delivering this Communication to the intended recipient, you are prohibited from retaining, using, disseminating, forwarding, printing, or copying this Communication. If you have received this Communication in error, please immediately notify the sender via return e-mail or telephone.

Until further notice, many attorneys and support staff in our office will be working remotely. To help us with this process, please refrain from sending written correspondence via mail when possible and instead direct all communications to us via email. If something requires shipment to our office, please notify us via email so that it can be promptly addressed.

CONFIDENTIALITY NOTICE: This e-mail communication, including any attached files, was sent by or on behalf of the firm and may contain material that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. This Communication is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient or the person responsible for delivering this Communication to the intended recipient, you are prohibited from retaining, using, disseminating, forwarding, printing, or copying this Communication. If you have received this Communication in error, please immediately notify the sender via return e-mail or telephone.

Until further notice, many attorneys and support staff in our office will be working remotely. To help us with this process, please refrain from sending written correspondence via mail when possible and instead direct all communications to us via email. If something requires shipment to our office, please notify us via email so that it can be promptly addressed.

CONFIDENTIALITY NOTICE: This e-mail communication, including any attached files, was sent by or on behalf of the firm and may contain material that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. This Communication is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient or the person responsible for delivering this Communication to the intended recipient, you are prohibited from retaining, using, disseminating, forwarding, printing, or copying this Communication. If you have received this Communication in error, please immediately notify the sender via return e-mail or telephone.