# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MAYRA A. MONDRAGON, ) <br> On her own behalf and behalf ) <br> of her own minor child, D.G., ) <br> ) <br> PLAINTIFFS, ) <br> ) <br> v. ) <br> ) <br> ) <br> BAR-S FOOD CO., INC., ) <br> THE KROGER CO., INC. ) <br> ) <br> DEFENDANTS. ) | CASE: 1:19-CV-04690-JPB |

## PLAINTIFFS' RESPONSE TO SHOW CAUSE ORDER

COMES NOW, Plaintiffs by and through undersigned counsel, and hereby respond to Court's Show Cause Order issued on December 9, 2020:

1. The Court's November 5, 2020 directed the Parties to submit their Consolidated Pre-Trial Order no later than November 20, 2020.

2. On December 9, 2020, the Court entered a Show Cause Order requiring Plaintiff's to show why their action should not be dismissed for failing to comply with a lawful order.

3. Admittedly, Plaintiffs did not file a timely Consolidated Pre-Trial Order. However, this was not the Plaintiff's fault. The fault and responsibility rests with their Counsel because of technical problems discussed below.

1

4. On November 1, 2020, Plaintiffs' Counsel suffered a technology disruption to a portion of his email communications that caused a delay in timely responses and compliance. See Exhibit 1.

5. Plaintiff's Counsel receives email communication in Microsoft Outlook through four (4) email addresses: [stephen.h.robinson@att.net](stephen.h.robinson@att.net), [shrlegal@shrobinson.com](shrlegal@shrobinson.com), [Stephen.robinson31@gmail.com](Stephen.robinson31@gmail.com), and [srobinson@LOstephenhrobinsononmicrosoft.com](srobinson@LOstephenhrobinsononmicrosoft.com). See Exhibit 1.

6. Unbeknownst to Attorney Robinson, his email addresses [Stephen.h.robinson@att.net](Stephen.h.robinson@att.net) and shrlegal@shrobinson were interrupted on November 1, 2020 because the internet host changed its communication protocol. See Exhibit 1.

7. Specifically, the internet host changed the communication protocol where a security key was required instead of a password. This change had not been previously communicated to Plaintiff's Counsel because no disruption was anticipated. See Exhibit 1.

8. Because Plaintiff's Counsel was unaware of the change in communication protocols, he did not timely respond to the Courts November 5, 2020 Order to provide a Consolidated Pre-Trial Order that was sent to [shrlegal@shrobinson.com](shrlegal@shrobinson.com). Specifically, Plaintiffs' Counsel did not timely receive the Court's Order. Also, Plaintiff's Counsel did not receive

correspondence from opposing counsel's office regarding the pre-trial order. See Exhibit 1.

9. The discovery of the disruption in communications was obscured because email correspondence continued to arrive in the common emailbox from the other two email addresses, Stephen.robinson31@gmail.com, and srobinson@LOstephenhrobinsononmicrosoft.com.  See Exhibit 1.

10. Plaintiffs' Counsel did not discover this disruption in email communications until December 10, 2020 when an opposing counsel was attempting to send an email while both Counsel were on the phone.   See Exhibit 1.

11. Following the discovery of the disruption, Plaintiff's Counsel contacted the host and took corrective action in resetting the communication profile.  (See Exhibit 1).

12. The error causing non-compliance with the Court's November 5, 2020 was not the fault of Plaintiffs.  It was solely the responsibility of Plaintiffs' Counsel.

13. Thus, Plaintiff's respectfully requests that the Court does not dismiss Plaintiff's Action.  Plaintiff's respectfully request that the Court amend its Order and allow the submission of a Consolidated Pre-Trial Order.

## CONCLUSION

For the reason set forth above, Plaintiffs respectfully request that this Court no dismiss its action and amend its November 5, 2020 to allow the submission of a Consolidated Pre-Trial Order.

Dated this 14th day of December, 2020.

                                        /s/ Stephen H. Robinson
                                        Stephen H. Robinson, Esq.
                                        Georgia Bar No. 101668
                                        Counsel for Petitioner

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **MAYRA A. MONDRAGON,** | ) | |
| **On her own behalf and behalf** | ) | |
| **of her own minor child, D.G.,** | ) | |
| | ) | |
| **PLAINTIFFS,** | ) | |
| | ) | |
| v. | ) | **CASE: 1:19-CV-04690-JPB** |
| | ) | |
| | ) | |
| **BAR-S FOOD CO., INC.,** | ) | |
| **THE KROGER CO., INC.** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1 D, I hereby certify that the foregoing document was prepared using Time New Roman 14 point type as provided in Local Rule 5.1B.

    /s/ Stephen H. Robinson
Stephen H. Robinson, Esq.
Georgia Bar No. 101668
Counsel for Petitioner

| | | |
|---|---|---|
| MAYRA A. MONDRAGON,<br>On her own behalf and behalf<br>of her own minor child, D.G., | )<br>)<br>)<br>) | |
| PLAINTIFFS, | )<br>) | |
| v. | )<br>)<br>) | CASE: 1:19-CV-04690-JPB |
| BAR-S FOOD CO., INC.,<br>THE KROGER CO., INC. | )<br>)<br>) | |
| DEFENDANTS. | ) | |

## CERTIFICATE OF SERVICE

I, Stephen H. Robinson, Counsel for Plaintiffs do hereby certify that this day a true and correct copy of the within and foregoing I have this day served a true and correct copy of the *PLAINTIFFS' RESPONSE TO SHOW CAUSE ORDER* upon all parties by electronically filing using the CM/ECF System which will electronically deliver a copy to counsel and parties of record:

Thomas J. Mazziotti, Esq.
c/o Bar-S Foods
191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303

This 14th day of December 2020.

                                                       _/s/ Stephen H. Robinson_
                                                     Stephen H. Robinson, Esq.
                                                     State Bar No. 101668

4840 Roswell Road  
Building A., Suite 203  
Atlanta, Georgia 30342  
(404) 527-5157

Attorney for Plaintiffs