# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MAYRA A. MONDRAGON, on her own and on behalf of her minor child, D.G., <br><br> Plaintiff, <br><br> v. <br><br><br> BAR-S FOODS CO., INC., <br> THE KROGER COMPANY, INC., <br><br> Defendants. | CIVIL ACTION FILE NO. <br><br> 19-CV-04690-JPB |

## DEFENDANTS' REQUEST FOR PLAINTIFF'S COUNSEL'S UPDATED CONTACT INFORMATION

**DEFENDANTS** hereby request Plaintiff's Counsel to update his contact information. Appendix H of the N.D. Ga. Local Rules requires attorneys to keep email addresses and other contact information updated in the Court's system. In an effort to move this case forward, Defendants have sent several documents and letters to Plaintiff's Counsel, which were all returned as "non-deliverable." Defense counsel has also called and sent emails to Plaintiff's counsel, and have not heard back from Plaintiff's counsel. Since Defendants cannot contact Plaintiff's Counsel, we request

he update his phone number, e-mail, work address, and any other additional contact information.

Respectfully submitted this 10th day of March, 2021.

**HALL BOOTH SMITH, P.C.**

*/s/ Spencor L. Hall*
THOMAS J. MAZZIOTTI
Georgia Bar No. 479893
SPENCOR L. HALL
Georgia Bar No. 779343

191 Peachtree Street, NE, Suite 2900
Atlanta, Georgia  30303
Phone:  (404) 954-5000
Fax:  (404) 954-5020
TMazziotti@hallboothsmith.com
SHall@hallboothsmith.com

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| MAYRA A. MONDRAGON, on her own and on behalf of her minor child, D.G., <br><br> Plaintiff, <br><br> v. <br><br><br> BAR-S FOODS CO., INC., <br> THE KROGER COMPANY, INC., <br><br> Defendants. | CIVIL ACTION FILE NO. <br><br> 19-CV-04690-JPB |

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1 D, I hereby certify that the foregoing document was prepared using Times New Roman 14 point type as provided in Local Rule 5.1B.

*/s/ Spencor L. Hall*
THOMAS J. MAZZIOTTI
Georgia Bar No. 479893
SPENCOR L. HALL
Georgia Bar No. 779343

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MAYRA A. MONDRAGON, on her own and on behalf of her minor child, D.G., <br><br> Plaintiff, <br><br> v. <br><br><br> BAR-S FOODS CO., INC., <br> THE KROGER COMPANY, INC., <br><br> Defendants. | CIVIL ACTION FILE NO. <br><br> 19-CV-04690-JPB |

## CERTIFICATE OF SERVICE

I hereby certify that I have, this date, served a true and correct copy of the within and foregoing **Defendants Request For Plaintiff's Counsel's Updated Contact Information** upon all parties by electronically filing using the CM/ECF System which will electronically deliver a copy to counsel and parties of record:

Stephen H. Robinson
Law Offices of Stephen H. Robinson
4840 Roswell Road
Building A, Suite 203
Atlanta, Georgia 30342

This 10th day of March 2021.

                                                  **HALL BOOTH SMITH, P.C.**

                                                  */s/ Spencor L. Hall*
                                                  THOMAS J. MAZZIOTTI
                                                  Georgia Bar No. 479893
                                                  SPENCOR L. HALL
191 Peachtree Street, NE, Suite 2900    Georgia Bar No. 779343
Atlanta, Georgia  30303
Phone:  (404) 954-5000                     *Counsel for Defendants*
Fax:  (404) 954-5020
TMazziotti@hallboothsmith.com
SHall@hallboothsmith.com